# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02034-BNB

LARRY L. VINSON,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
DENVER RECEPTION AND DIAGNOSTIC CENTER, and
STERLING CORRECTIONAL FACILITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

OCT 27 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request for an order to allow him to use the jail law library daily, which he makes in a letter to the court filed on October 26, 2006, is DENIED.

Dated: October 27, 2006

Copies of this Minute Order mailed on October 27, 2006, to the following:

Larry L. Vinson
Prisoner No. 175997
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk